# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agresti, Thomas P. | Bankruptcy Court, Western PA. | 04/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. B250
17 South Park Row
Erie, PA. 16501

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 04/26/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #1 (9685) | | | | | | | | | |
| 2. | -Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 3. | -John Hancock Life Ins. (Variable & Fixed Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 4. | -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | K | T | | | | | |
| 5. | -Hartford Director Annuity (Variable Annuity: See Part VIII) | A | Int./Div. | M | T | | | | | |
| 6. | -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | | |
| 8. | IRA #1 (9687) | | | | | | | | | |
| 9. | Wells Fargo DSIP Mngt. Acct. (See attached after Part VII, PDF #1) | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | IRA #2 (0239) | | | | | | | | | |
| 12. | -General Electric (GE) | B | Dividend | J | T | | | | | |
| 13. | -Microsoft (MSFT) | B | Dividend | L | T | | | | | |
| 14. | -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 15. | -Shelton Intern'l Select Eq. Fd. fna WHV Intern'l Eq. Fd. Cl A | A | Dividend | K | T | | | | | |
| 16. | -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA #3 (1396) | | | | | | | | | |
| 19. -UBS Tactical Alloc Fd (PWTAX) fka FT-Franklin Inc. A | A | Dividend | J | T | | | | | |
| 20. -General Electric (GE) | A | Dividend | J | T | | | | | |
| 21. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #4 (5081) | | | | | | | | | |
| 24. Wells Fargo Advisors Managed Acct. (See Attach after Part VII PDF #2) | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. IRA #5 (4674) | | | | | | | | | |
| 27. Wells Fargo Advisors Managed Acct. (See Attach after Part VII PDF #3) | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. Brokerage Acct. #2 (1662) | | | | | | | | | |
| 30. Wells Fargo Managed Jt. Acct. (See Attached after Part VII PDF #4) | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Citizens Bank Accounts | D | Interest | O | T | | | | | |
| 33. | | | | | | | | | |
| 34. Vacant Land #1: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vacant Land #2: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |
| 36. | | | | | | | | | |
| 37. IRA #6 (3651) | | | | | | | | | |
| 38. -Hartford Life Ins Annuity | B | Dividend | K | T | | | | | |
| 39. -Lincoln Nat'l Annuity | C | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. Wells Fargo Bene (KSA) IRA (All Cash) (9107) | A | Interest | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. IRA #7 (5039) | | | | | | | | | |
| 44. Wells Fargo Custodial Acct. (See Attached after Part VII PDF #5) | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. PNC Bank | A | Interest | L | T | | | | | |
| 47. | | | | | | | | | |
| 48. ERIE Bank | D | Interest | O | T | Open | 02/17/18 | O | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| # | A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | ABBOT LABORATORIES (ABT) | A | Div. | J | T | | | | | |
| 2 | ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Div. | J | T | | | | | |
| 3 | AFLAC INC (AFL) | A | Div. | J | T | | | | | |
| 4 | AIR PRODUCTS & CHEMICALS INC (APD) | A | Div. | J | T | | | | | |
| 5 | AMGEN INC (AMGN) | A | Div. | J | T | | | | | |
| 6 | ANALOG DEVICES INC (ADI) | A | Div. | J | T | | | | | |
| 7 | APPLE INC. (AAPL) | A | Div. | J | T | BUY | 11/29/2018 | J | | |
| 8 | AT&T INC (T) | A | Div. | J | T | SOLD | 1/9/2018 | J | A | |
| 9 | AUTOMATIC DATA PROCESSING (ADP) | A | Div. | J | T | | | | | |
| 10 | BECTON DICKINSON & CO (BDX) | A | Div. | J | T | | | | | |
| 11 | BLACKROCK INC (BLK) | A | Div. | J | T | | | | | |
| 12 | CHEVRON CORPORATION (CVX) | A | Div. | J | T | | | | | |
| 13 | CHUBB CORP (CB) | A | Div. | J | T | | | | | |
| 14 | CISCO SYSTEMS INC (CSCO) | A | Div. | J | T | | | | | |
| 15 | CLOROX COMPANY (CLX) | A | Div. | J | T | | | | | |
| 16 | COLGATE-PALMOLIVE CO (CL) | A | Div. | J | T | | | | | |
| 17 | EATON VANCE CORP NON VTG (EV) | A | Div. | J | T | | | | | |
| 18 | EMERSON ELECTRIC CO (EMR) | A | Div. | J | T | | | | | |
| 19 | EVERSOURCE ENERGY (ES) | A | Div. | J | T | | | | | |
| 20 | EXXON MOBILE CORP (XOM) | A | Div. | J | T | | | | | |
| 21 | FACTSET RESEARCH SYSTEMS INC (FDS) | A | Div. | J | T | | | | | |
| 22 | GENERAL MILLS INC (GIS) | A | Div. | J | T | SOLD | 12/12/2018 | J | A | |
| 23 | GENL DYNAMICS CORP COM (GD) | A | Div. | J | T | | | | | |
| 24 | GRAINGER W W INC (GWW) | A | Div. | J | T | SOLD | 1/9/2018 | J | A | |
| 25 | HARRIS CORP DEL (HRS) | A | Div. | J | T | | | | | |
| 26 | ILLINOIS TOOL WORKS INC (ITW) | A | Div. | J | T | | | | | |
| 27 | INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Div. | J | T | SOLD | 1/9/2018 | J | A | |
| 28 | JP MORGAN CHASE & CO. (JPM) | A | Div. | J | T | BUY | 10/26/2017 | J | | |
| | | | | | | BUY (ADD'L) | 10/17/2018 | J | | |
| 29 | JOHNSON & JOHNSON (JNJ) | A | Div. | J | T | BUY (ADD'L) | 10/17/2018 | J | | |
| 30 | LINDE PLC (LIN) | A | Div. | J | T | BUY | 10/17/2018 | J | | |

| # | A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 31 | LOWES COMPANIES INC (LOW) | A | Div. | J | T | | | | | |
| 32 | MCDONALDS CORP (MCD) | A | Div. | J | T | | | | | |
| 33 | MEDTRONIC PLC (MDT) | A | Div. | J | T | | | | | |
| 34 | MICROSOFT CORP (MSFT) | A | Div. | J | T | | | | | |
| 35 | NEXTERA ENERGY INC (NEE) | A | Div. | J | T | | | | | |
| 36 | NIKE INC CLASS B (NKE) | A | Div. | J | T | | | | | |
| 37 | NORFOLK SOUTHERN CORP (NSC) | A | Div. | J | T | | | | | |
| 38 | NOVARTIS AG SPON ADR (NVS) | A | Div. | J | T | | | | | |
| 39 | PAYCHEX INC (PAYX) | A | Div. | J | T | | | | | |
| 40 | PEPSICO INCORPORATED (PEP) | A | Div. | J | T | BUY (ADD'L) | 12/13/2018 | J | | |
| 41 | PHILLIPS 66 (PSX) | A | Div. | J | T | | | | | |
| 42 | POLARIS INDS INC (PII) | A | Div. | J | T | | | | | |
| 43 | PRAXAIR INC (PX) | A | Div. | J | T | SOLD | 12/12/2018 | J | A | |
| 44 | PROCTER & GAMBLE CO (PG) | A | Div. | J | T | BUY (ADD'L) | 12/13/2018 | J | | |
| 45 | QUALCOMM INC (QCOM) | A | Div. | J | T | SOLD | 12/12/2018 | J | A | |
| 46 | SYSCO CORPORATION (SYY) | A | Div. | J | T | | | | | |
| 47 | TARGET CORP (TGT) | A | Div. | J | T | | | | | |
| 48 | UNITED TECHNOLOGIES CORP (UTX) | A | Div. | J | T | | | | | |
| 49 | US BANCORP NEW (USB) | A | Div. | J | T | BUY | 12/13/2018 | J | | |
| 50 | V F CORPORATION (VFC) | A | Div. | J | T | | | | | |
| 51 | WAL-MART INC (WMT) | A | Div. | J | T | | | | | |
| 52 | WEC ENERGY GROUP INC (WEC) | A | Div. | J | T | | | | | |
| 53 | 3M CO (MMM) | A | Div. | J | T | | | | | |
| 54 | Wells Fargo Advisors FNA Dep. Sweep Opt. (CASH) | A | Int. | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | ABBOTT LABORATORIES | A | Div. | J | T | | | | | |
| 2 | ACCENTURE | A | Div. | J | T | | | | | |
| 3 | AFLAC | A | Div. | J | T | | | | | |
| 4 | AIR PRODUCTS & CHEMICALS | A | Div. | J | T | | | | | |
| 5 | AMGEN INC | A | Div. | J | T | | | | | |
| 6 | ANALOG DEVICES INC | A | Div. | J | T | | | | | |
| 7 | APPLE, INC. (AAPL) | A | Div. | J | T | BUY | 12/13/2018 | J | | |
| 8 | AT&T | A | Div. | J | T | | | | | |
| 9 | AUTOMATIC DATA PROCESSING | A | Div. | J | T | | | | | |
| 10 | BECTON DICKINSON & CO | A | Div. | J | T | | | | | |
| 11 | BLACKROCK, INC. (BLK) | A | Div. | J | T | BUY | 12/13/2018 | J | | |
| 12 | CHEVRON CORPORATION | A | Div. | J | T | | | | | |
| 13 | CHUBB LTD | A | Div. | J | T | | | | | |
| 14 | CISCO SYSTEMS | A | Div. | J | T | | | | | |
| 15 | CLOROX COMPANY | A | Div. | J | T | | | | | |
| 16 | COLGATE-PALMOLIVE CO | A | Div. | J | T | | | | | |
| 17 | EATON VANCE CORP NON VTG | A | Div. | J | T | | | | | |
| 18 | EMERSON ELECTRIC CO | A | Div. | J | T | | | | | |
| 19 | EVERSOURCE ENERGY | A | Div. | J | T | | | | | |
| 20 | EXXON MOBIL CORP | A | Div. | J | T | | | | | |
| 21 | FACTSET RESEARCH SYSTEM | A | Div. | J | T | | | | | |
| 22 | GENERAL MILLS INC | A | Div. | J | T | SOLD | 12/13/2018 | J | A | |
| 23 | GENL DYNAMICS CORP | A | Div. | J | T | | | | | |
| 24 | GRAINGER W W INC | A | Div. | J | T | SOLD | 12/13/2018 | J | A | |
| 25 | HARRIS CORP DEL | A | Div. | J | T | | | | | |
| 26 | ILLINOIS TOOL WORKS INC | A | Div. | J | T | | | | | |
| 27 | INTERNATIONAL BUSINESS MACHINE CORP | A | Div. | J | T | | | | | |
| 28 | JOHNSON & JOHNSON | A | Div. | J | T | | | | | |
| 29 | J.P. MORGAN CHASE & CO | A | Div. | J | T | | | | | |
| 30 | LOWES COMPANIES INC | A | Div. | J | T | | | | | |
| 31 | MCDONALDS CORP | A | Div. | J | T | | | | | |
| 32 | MEDTRONIC PLC | A | Div. | J | T | | | | | |
| 33 | MICROSOFT CORP | A | Div. | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 34 | NEXTERA ENERGY INC | A | Div. | J | T | | | | | |
| 35 | NIKE INC CLASS B | A | Div. | J | T | | | | | |
| 36 | NORFOLK SOUTHERN CORP | A | Div. | J | T | | | | | |
| 37 | NOVARTIS AG | A | Div. | J | T | | | | | |
| 38 | PAYCHEX INC | A | Div. | J | T | | | | | |
| 39 | PEPSICO INCORPORATED | A | Div. | J | T | | | | | |
| 40 | PHILLIPS 66 | A | Div. | J | T | | | | | |
| 41 | POLARIS INDS INC | A | Div. | J | T | | | | | |
| 42 | PRAXAIR INC | A | Div. | J | T | | | | | |
| 43 | PROCTER & GAMBLE CO | A | Div. | J | T | BUY (ADD'L) | 12/13/2018 | J | | |
| 44 | QUALCOMM INC | A | Div. | J | T | | | | | |
| 45 | SYSCO CORPORATION | A | Div. | J | T | | | | | |
| 46 | TARGET CORP | A | Div. | J | T | | | | | |
| 47 | US BANCORP | A | Div. | J | T | | | | | |
| 48 | UNITED TECHNOLOGIES CORP | A | Div. | J | T | | | | | |
| 49 | V F CORPORATION | A | Div. | J | T | | | | | |
| 50 | WAL-MART STORES INC | A | Div. | J | T | | | | | |
| 51 | WEC ENERGY GROUP INC | A | Div. | J | T | | | | | |
| 52 | 3M CO | A | Div. | J | T | | | | | |
| 53 | BANK DEPOSIT SWEEP | A | Int. | K | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | ABBVIE INC (ABBV) | A | DIV | J | T | | | | | |
| 2 | ACCENTURE PLC IRELND SHARES CLASS A | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 3 | | | | | | SOLD | 3/7/2018 | J | A | |
| 4 | AES CORP | A | DIV | J | T | BUY | 12/12/2018 | J | | |
| 5 | AETNA INC (AET) | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 6 | AFLAC INC (AFL) | A | DIV | J | T | | | | | |
| 7 | ALLEGION PLC | A | DIV | J | T | | | | | |
| 8 | ALLSTATE CORP (ALL) | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 9 | ALTRIA GROUP INC (MO) | A | DIV | J | T | SOLD | 4/11/2018 | J | A | |
| 10 | AMCO 0-5 YEAR HIGH ETF YIELF CORP BD | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 11 | | | | | | SOLD | 4/4/2018 | J | A | |
| 12 | AMERICAN EXPRESS COMPANY | A | DIV | J | T | BUY | 4/4/2018 | J | | |
| 13 | AMERICAN TOWER COMPANY | A | DIV | J | T | BUY | 8/8/2018 | J | | |
| 14 | AMERIPRISE FINAN. INC | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 15 | AMETEK INC (AME) | A | DIV | J | T | BUY (ADD'L) | 10/10/2018 | J | A | |
| 16 | ANALOG CORP | A | DIV | J | T | SOLD (PART) | 3/7/2018 | J | A | |
| 17 | ANDEAVOR | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 18 | | | | | | SOLD (PART) | 5/2/2018 | J | A | |
| 19 | APOGEE ENTERPRISES INC (APDE) | A | DIV | J | T | | | | | |
| 20 | APTIV PLC | A | DIV | J | T | BUY | 8/8/2018 | J | | |
| 21 | | | | | | SOLD | 10/10/2018 | J | A | |
| 22 | ASSURED GUARANTY LTD | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 23 | AT&T INC. | A | DIV | J | T | BUY | 9/6/2018 | J | | |
| 24 | BECTON DICKINSON & CO (BDX) | A | DIV | J | T | BUY (ADD'L) | 8/8/2018 | J | | |
| 25 | BERKSHIRE HATHAWAY INC (BRK.A) | A | DIV | J | T | SOLD | 5/9/2018 | J | A | |
| 26 | BERRY GLOBAL GROUP INC (BERY) | A | DIV | J | T | SOLD | 7/11/2018 | J | A | |
| 27 | BEST BUY CO INC (BBY) | A | DIV | J | T | | | | | |
| 28 | BIG LOTS INC (BIG) | A | DIV | J | T | | | | | |
| 29 | BIOGEN INC (BIIB) | A | DIV | J | T | | | | | |
| 30 | BIOVERATIV INC (BIVV) | A | DIV | J | T | SOLD | 5/9/2018 | J | A | |
| 31 | BOEING CO (BA) | A | DIV | J | T | | | | | |
| 32 | BOOKING HLDGS INC fka PINNACLE WEST CAP CORP | A | DIV | J | T | SOLD | 7/11/2018 | J | A | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 33 | BORG WARNER | A | DIV | J | T | BUY | 4/4/2018 | J | | |
| 34 | BOSTON SCIENTIFIC CORP (BSX) | A | DIV | J | T | | | | | |
| 35 | BRADY CORP (BRC) | A | DIV | J | T | | | | | |
| 36 | BRUNSWICK CORP (BC) | A | DIV | J | T | | | | | |
| 37 | CATERPILLAR INC (CAT) | A | DIV | J | T | SOLD | 3/15/2018 | J | A | |
| 38 | | | | | | BUY | 7/11/2018 | J | | |
| 39 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 40 | CBRE GROUP INC CLASS A SERIES A (CBG) | A | DIV | J | T | | | | | |
| 41 | CELANESE CORPORATION (CE) | A | DIV | J | T | SOLD | 1/4/2018 | J | A | |
| 42 | | | | | | BUY | 11/7/2018 | J | A | |
| 43 | CENTENE CORP SERIES A (CNC) | A | DIV | J | T | | | | | |
| 44 | CHILDREN'S PLACE INC (PLCE) | A | DIV | J | T | | | | | |
| 45 | CHUBB LTD | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 46 | | | | | | SOLD | 3/7/2018 | J | A | |
| 47 | CIGNA CORPORATION (CI) | A | DIV | J | T | SOLD | 8/8/2018 | J | A | |
| 48 | CITRIX SYSTEMS | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 49 | CLAYMORE ETF TRUST | A | DIV | J | T | SOLD (PART) | 2/14/2018 | J | A | |
| 50 | | | | | | SOLD | 3/15/2018 | J | A | |
| 51 | CLOROX COMPANY (CLX) | A | DIV | J | T | SOLD | 6/15/2018 | J | A | |
| 52 | CMS ENERGY CORP (CMS) | A | DIV | J | T | | | | | |
| 53 | COCA COLA EUROPEAN | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 54 | COHERENT INC (COHR) | A | DIV | J | T | SOLD | 7/11/2018 | J | A | |
| 55 | COMERICA INC | A | DIV | J | T | BUY | 8/1/2018 | J | | |
| 56 | CONSTELLATION BRANDS (STZ) | A | DIV | J | T | SOLD | 5/2/2018 | J | A | |
| 57 | CRANE COMPANY | A | DIV | J | T | BUY | 5/2/2018 | J | | |
| 58 | CUMMINS INC (CMI) | A | DIV | J | T | SOLD | 9/6/2018 | J | A | |
| 59 | DANAHER | A | DIV | J | T | BUY | 5/9/2018 | J | | |
| 60 | D R HORTON INC (DHI) | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 61 | DEERE & CO (DE) | A | DIV | J | T | SOLD | 7/11/2018 | J | A | |
| 62 | DELTA AIR LINES INC (DAL) | A | DIV | J | T | | | | | |
| 63 | DISNEY WALT | A | DIV | J | T | BUY | 4/4/2018 | J | | |
| 64 | DOLLAR GENERAL (DG) | A | DIV | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 65 | DOLLAR TREE STORES INC (DLTR) | A | DIV | J | T | | | | | |
| 66 | DOWDUPONT INC fka DOW CHEMICAL CO (DWDP) | A | DIV | J | T | SOLD (PART) | 1/4/2018 | J | A | |
| 67 | | | | | | SOLD | 4/11/2018 | J | A | |
| 68 | DR PEPPER SNAPPLE GROUP (DPS) | A | DIV | J | T | SOLD | 4/11/2018 | J | A | |
| 69 | DXC TECHNOLOGY | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 70 | EATON PLACE CORP (ETN) | A | DIV | J | T | | | | | |
| 71 | EDISON INTL | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 72 | EDWARDS LIFE SCIENCE CORP (EW) | A | DIV | J | T | | | | | |
| 73 | EMERSON ELECTRIC CO (EMR) | A | DIV | J | T | | | | | |
| 74 | ENBRIDGE INC (ENB) | A | DIV | J | T | SOLD | 8/8/2018 | J | A | |
| 75 | ENERSYS INC | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 76 | FEDEX CORPORATION (FDX) | A | DIV | J | T | SOLD | 6/13/2018 | J | A | |
| 77 | FIDELITY NATIONAL INFORMATION SVCS (FIS) | A | DIV | J | T | | | | | |
| 78 | FIFTH THIRD BANK | A | DIV | J | T | BUY | 5/2/2018 | J | | |
| 79 | | | | | | SOLD | 12/6/2018 | J | A | |
| 80 | FIRST TRUST ETF IV ETF FIRST TRUST TACTICAL HIGH YIELD | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 81 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 82 | | | | | | BUY (ADD'L) | 9/6/2018 | J | | |
| 83 | | | | | | SOLD | 10/10/2018 | J | A | |
| 84 | FLEETCOR TECHNOLOGIES (FLT) | A | DIV | J | T | | | | | |
| 85 | FLEX SHARES IBOXX (TDTF) | A | DIV | J | T | SOLD | 1/10/2018 | J | A | |
| 86 | GAP INC (GPS) | A | DIV | J | T | | | | | |
| 87 | GENERAL MOTORS (GM) | A | DIV | J | T | SOLD | 1/4/2018 | J | A | |
| 88 | GLOBAL X MSCI (PGAL) | A | DIV | J | T | SOLD (PART) | 4/11/2018 | J | A | |
| 89 | | | | | | SOLD | 8/8/2018 | J | A | |
| 90 | GLOBAL X MSCI NORWAY 30 | A | DIV | J | T | BUY | 6/13/2018 | J | | |
| 91 | GLOBUS MEDICAL INC (GMED) | A | DIV | J | T | | | | | |
| 92 | GOLDMAN SACHS GROUP INC | A | DIV | J | T | BUY | 3/15/2018 | J | | |
| 93 | | | | | | SOLD | 8/8/2018 | J | A | |
| 94 | GUGGENHEIM 2020 | A | DIV | J | T | SOLD | 3/15/2018 | J | A | |
| 95 | GUGGENHEIM 2022 | A | DIV | J | T | SOLD | 3/15/2018 | J | A | |
| 96 | GUGGENHEIM 2023 | A | DIV | J | T | BUY | 10/11/2017 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 97 | | | | | | SOLD | 3/15/2018 | J | A | |
| 98 | GUGGENHEIM 2024 | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 99 | | | | | | SOLD | 3/15/2018 | J | A | |
| 100 | HARRIS CORP DEL | A | DIV | J | T | BUY | 2/14/2018 | J | | |
| 101 | HASBRO INC | A | DIV | J | T | SOLD | 5/2/2018 | J | A | |
| 102 | HAWAIIAN HOLDINGS INC (HA) | A | DIV | J | T | | | | | |
| 103 | HOME DEPOT INC | A | DIV | J | T | SOLD | 5/9/2018 | J | A | |
| 104 | HONEYWELL INTERNATIONAL INC | A | DIV | J | T | BUY (ADD'L) | 3/15/2018 | J | | |
| 105 | HUMANA INC | A | DIV | J | T | BUY | 5/9/2018 | J | | |
| 106 | HP INC | A | DIV | J | T | BUY | 6/13/2018 | J | | |
| 107 | ILLINOIS TOOL WORKS INC | A | DIV | J | T | SOLD (PART) | 1/10/2018 | J | A | |
| 108 | INGERSOLL-RAND PLC | A | DIV | J | T | | | | | |
| 109 | INNOSPEC INC | A | DIV | J | T | | | | | |
| 110 | INTUIT INC (INTU) | A | DIV | J | T | | | | | |
| 111 | INVESCO TR II PFD **fka POWERSHARES ETF PREFERRED PORTFOLIO** | A | DIV | J | T | BUY (ADD'L) | 2/14/2018 | J | | |
| 112 | | | | | | SOLD (PART) | 4/11/2018 | | | |
| 113 | | | | | | SOLD | 5/9/2018 | J | A | |
| 114 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 115 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 116 | INVESCO BULLETSHARES 2018 **fka POWESHARES SELF ETF INDEXED TR BULLETSHARES 2018 HI YLD BD PORT** | A | DIV | J | T | BUY (ADD'L) | 2/14/2018 | J | | |
| 117 | | | | | | SOLD (PART) | 10/10/2018 | J | A | |
| 118 | | | | | | SOLD | 3/15/2018 | J | A | |
| 119 | | | | | | BUY | 4/9/2018 | J | | |
| 120 | | | | | | SOLD | 5/9/2018 | J | A | |
| 121 | | | | | | BUY | 6/13/2018 | J | A | |
| 122 | | | | | | SOLD (PART) | 10/10/2018 | J | A | |
| 123 | INVESCO ETF BULLETSHARES 2019 **fka POWESHARES SELF ETF INDEXED TR BULLETSHARES 2019 HI YLD BD PORT** | A | DIV | J | T | BUY (ADD'L) | 1/4/2018 | J | | |
| 124 | | | | | | BUY (ADD'L) | 2/4/2018 | J | | |
| 125 | | | | | | BUY (ADD'L) | 4/9/2018 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 126 | INVESCO EXCHANGE ETF  BULLETSHRES 2020 HI YLD CORP BD fka POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2020 HI YLD PORT fka GUGGENHEIM BULLETSHARES ETF 2020 HI YLD | A | DIV | J | T | BUY (ADD'L) | 4/9/2018 | J | | |
| 127 | INVESCO SELF INDXD TR ETF BULLETSHARES 2021 HI YLD CORP BD fka POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2021 CORP BD PORTfka GUGGENHEIM 2021 | A | DIV | J | T | BUY (ADD'L) | 3/15/2018 | J | | |
| 128 | | | | | | BUY | 4/9/2018 | J | | |
| 129 | | | | | | SOLD | 5/9/2018 | J | A | |
| 130 | INVESCO SELF INDXD TR ETF BULLETSHARES HIGH YIELD CORP BD 2021 fka POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2021 HI YLD BD PORT | A | DIV | J | T | BUY (ADD'L) | 4/11/2018 | J | | |
| 131 | | | | | | SOLD (PART) | 5/9/2018 | J | A | |
| 132 | | | | | | SOLD (PART) | 6/13/2018 | J | A | |
| 133 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 134 | INVESCO EXCHANGE BULLETSHARES 2022 CORP BD fka POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2022 CORP BD PORT fka GUGGENHEIM BULLETSHARES 2022 HIGH YIELD | A | DIV | J | T | SOLD | 1/10/2018 | J | A | |
| 135 | | | | | | BUY | 4/9/2018 | J | | |
| 136 | | | | | | SOLD (PART) | 6/13/2018 | J | A | |
| 137 | | | | | | SOLD (PART) | 8/8/2018 | J | A | |
| 138 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 139 | INVESCO | | | | | | | | | |
| 140 | INVESCO EXCHANGE ETF BULLETSHARES 2024 CORP BD fka POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2024 CORP BD PORT fka GUGGENHEIM 2024 | A | DIV | J | T | BUY (ADD'L) | 4/9/2018 | J | | |
| 141 | INVESCO EXCHANGE ETF BULLETSHARES 2025 CORP BD | A | DIV | J | T | BUY | 12/12/2018 | J | | |
| 142 | ISHARES BELGIUM ETF | A | DIV | J | T | BUY | 3/15/2018 | J | | |
| 143 | | A | DIV | J | T | BUY (ADD'L) | 12/12/2018 | J | | |
| 144 | ISHARES ETF US PREFERRED STOCK | A | DIV | J | T | BUY | 8/8/2018 | J | | |
| 145 | | | | | | SOLD (PART) | 9/12/2018 | J | A | |
| 146 | | | | | | SOLD | 10/10/2018 | J | A | |
| 147 | ISHARES JP MORGAN ET USD EMERGING MARKETS BOND | A | DIV | J | T | BUY | 5/9/2018 | J | | |
| 148 | | | | | | BUY (ADD'L) | 6/13/2018 | J | | |
| 149 | | | | | | BUY (ADD'L) | 7/11/2018 | J | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 150 | | | | | | SOLD (PART) | 8/8/2018 | J | A | |
| 151 | | | | | | SOLD (PART) | 9/12/2018 | J | A | |
| 152 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 154 | ISHARES IBONDS ETF DEC 2025 TERM CORP | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 155 | | | | | | BUY (ADD'L) | 5/2/2018 | J | | |
| 156 | | | | | | SOLD (PART) | 6/13/2018 | J | A | |
| 157 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 158 | | | | | | BUY (ADD'L) | 9/12/2018 | J | | |
| 159 | | | | | | SOLD (PART) | 10/10/2018 | J | A | |
| 160 | ISHARES IBONDS ETF DEC 2024 | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 153 | ISHARES IBONDS ETF DEC 2023 TERM CORP | A | DIV | J | T | BUY | 12/12/2018 | J | | |
| 161 | ISHARES IBONDS ETF DEC 2022 TERM CORP | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 162 | | | | | | BUY (ADD'L) | 5/2/2018 | J | | |
| 163 | | | | | | SOLD (PART) | 6/13/2018 | J | A | |
| 164 | | | | | | BUY (ADD'L) | 7/11/2018 | J | | |
| 165 | | | | | | SOLD (PART) | 8/8/2018 | J | A | |
| 166 | | | | | | SOLD (PART) | 9/2/2018 | J | A | |
| 167 | ISHARES IBOXX & ETF INVESTMENT GRADE CORP BD LQD | A | DIV | J | T | BUY | 1/4/2018 | J | | |
| 168 | | | | | | BUY (ADD'L) | 3/15/2018 | J | | |
| 169 | | | | | | SOLD (PART) | 2/4/2018 | J | A | |
| 170 | | | | | | BUY (ADD'L) | 6/13/2018 | J | | |
| 171 | | | | | | SOLD (PART) | 7/11/2018 | J | A | |
| 172 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 173 | | | | | | SOLD (PART) | 9/12/2018 | J | A | |
| 174 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 175 | ISHARES IBOXX ETF HIGH YIELD CORP BOND | A | DIV | J | T | BUY | 3/15/2018 | J | | |
| 176 | | | | | | BUY (ADD'L) | 4/11/2018 | J | | |
| 177 | | | | | | BUY (ADD'L) | 6/13/2018 | J | | |
| 178 | | | | | | SOLD (PART) | 7/11/2018 | J | A | |
| 179 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 180 | | | | | | BUY (ADD'L) | 9/12/2018 | J | | |
| 181 | | | | | | SOLD | 12/12/2018 | J | A | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 182 | ISHARES INC ETF MSCI JAPAN ETF | A | DIV | J | T | BUY | 12/12/2018 | J | | |
| 183 | ISHARES MSCI AUSTRIA ETF | A | DIV | J | T | BUY | 6/13/2018 | J | | |
| 184 | | | | | | SOLD (PART) | 7/11/2018 | J | A | |
| 185 | | | | | | SOLD | 8/8/2018 | J | A | |
| 186 | ISHARES MSCI AUSTRALIA | A | DIV | J | T | SOLD (PART) | 1/10/2018 | J | A | |
| 187 | | | | | | BUY (ADD'L) | 4/11/2018 | J | | |
| 188 | | | | | | SOLD (PART) | 10/10/2018 | J | A | |
| 189 | ISHARES MSCI ETF EWK | A | DIV | J | T | BUY | 3/15/2018 | J | | |
| 190 | | | | | | SOLD | 5/9/2018 | J | A | |
| 191 | ISHARES MSCI HONG KONG ETF | A | DIV | J | T | BUY (ADD'L) | 4/11/2018 | J | | |
| 192 | ISHARES MSCI FRANCE | A | DIV | J | T | BUY (ADD'L) | 7/11/2018 | J | | |
| 193 | | | | | | SOLD (PART) | 9/12/2018 | J | A | |
| 194 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 195 | ISHARES MSCI SPAIN | A | DIV | J | T | SOLD (PART) | 6/13/2018 | J | A | |
| 196 | ISHARES MSCI SWEDEN ETF | A | DIV | J | T | BUY (ADD'L) | 2/14/2018 | J | | |
| 197 | | | | | | SOLD | 3/15/2018 | J | A | |
| 198 | | | | | | BUY | 7/11/2018 | J | | |
| 199 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 200 | | | | | | BUY (ADD'L) | 9/12/2018 | J | | |
| 201 | ISHARES TR ET MSCI UTD KINGDOM ETF NEW EWU | A | DIV | J | T | SOLD (PART) | 12/12/2018 | J | A | |
| 202 | ISHARES TR ET MSCI ITALY CAPPED ETF EWI | A | DIV | J | T | BUY (ADD'L) | 4/11/2018 | J | | |
| 203 | | | | | | SOLD (PART) | 10/10/2018 | J | A | |
| 204 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 205 | ISHARES MSCI GERMANY ETF | A | DIV | J | T | BUY (ADD'L) | 1/10/2018 | J | | |
| 206 | ISHARES MSCI NETHERLANDS | A | DIV | J | T | SOLD (PART) | 1/10/2018 | J | A | |
| 207 | | | | | | SOLD (PART) | 4/11/2018 | J | A | |
| 208 | | | | | | SOLD (PART) | 6/13/2018 | J | A | |
| 209 | | | | | | BUY (ADD'L) | 7/11/2018 | J | | |
| 210 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 211 | | | | | | BUY (ADD'L) | 9/12/2018 | J | | |
| 212 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 213 | ISHARES MSCI NEW ZEALAND | A | DIV | J | T | SOLD (PART) | 1/10/2018 | J | A | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 214 | | | | | | SOLD | 9/12/2018 | J | A | |
| 215 | ISHARES MSCI ETF SINGAPORE | A | DIV | J | T | BUY | 3/15/2018 | J | | |
| 216 | | | | | | BUY (ADD'L) | 7/11/2018 | J | | |
| 217 | | | | | | SOLD (PART) | 8/8/2018 | J | A | |
| 218 | | | | | | SOLD | 10/10/2018 | J | A | |
| 219 | ISHARES MSCI SWITZ ETF | A | DIV | J | T | BUY (ADD'L) | 3/5/2018 | J | | |
| 220 | | | | | | BUY (ADD'L) | 5/9/2018 | J | | |
| 221 | | | | | | BUY (ADD'L) | 8/8/2018 | J | | |
| 222 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 223 | KELLOGG COMPANY | A | DIV | J | T | | | | | |
| 224 | L3 TECHNOLOGIES INC | A | DIV | J | T | BUY | 4/4/2018 | J | | |
| 225 | LABORATORY CORP OF AMER HLDGS | A | DIV | J | T | BUY (ADD'L) | 1/18/2018 | J | | |
| 226 | LAM RESEARCH CORP (LRCX) | A | DIV | J | T | | | | | |
| 227 | LEAR CORP | A | DIV | J | T | | | | | |
| 228 | LHC GROUP LLC | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 229 | LINDE PLCE | A | DIV | J | T | BUY | 10/31/2018 | J | | |
| 230 | LOCKHEED MARTIN CORP | A | DIV | J | T | | | | | |
| 231 | LOWES COMPANIES INC (LOW) | A | DIV | J | T | SOLD | 7/11/2018 | J | A | |
| 232 | MASIMO CORP | A | DIV | J | T | | | | | |
| 233 | MARATHON PETROLEUM CORP | A | DIV | J | T | BUY | 10/4/2018 | | | |
| 234 | | | | | | SOLD | 12/6/2018 | J | A | |
| 235 | MASTERCARD INC | A | DIV | J | T | | | | | |
| 236 | MCCORMICK & CO. INC NON VTG | A | DIV | J | T | BUY | 12/6/2018 | J | | |
| 237 | METHODE ELECTRONICS CL A INCORPORATED | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 238 | MICROCHIP TECHNOLOGIES, INC | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 239 | | | | | | BUY (ADD'L) | 9/6/2018 | J | | |
| 240 | MICRON TECHNOLOGY, INC. | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 241 | MONSANTO CORP | A | DIV | J | T | BUY | 4/11/2018 | J | | |
| 242 | NANDSON | A | DIV | J | T | BUY | 5/2/2018 | J | | |
| 243 | NCR CORP NEW | A | DIV | J | T | SOLD | 9/6/2018 | J | A | |
| 244 | NETGEAR INC | A | DIV | J | T | | | | | |
| 245 | NEXTERA ENERGY | A | DIV | J | T | BUY | 5/9/2018 | J | | |
| 246 | NORFOLK SOUTHERN CORP | A | DIV | J | T | BUY | 6/13/2018 | J | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 247 | NORTHROP GRUMMAN CORP | A | DIV | J | T | BUY (ADD'L) | 12/6/2018 | J | | |
| 248 | OMNICOM GROUP | A | DIV | J | T | | | | | |
| 249 | OSHKOSH CORP | A | DIV | J | T | | | | | |
| 250 | PARKER-HANNINFIN CORP | A | DIV | J | T | BUY (ADD'L) | 6/6/2018 | J | | |
| 251 | PERSPECTA INC | A | DIV | J | T | BUY | 6/13/2018 | J | | |
| 252 | PIMCO TRUST ETF | A | DIV | J | T | SOLD (PART) | 5/9/2018 | J | A | |
| 253 | PIMCO TRUST 15 YR+ US TIPS | A | DIV | J | T | SOLD (PART) | 2/14/2018 | J | A | |
| 254 | | | | | | SOLD (PART) | 8/8/2018 | J | A | |
| 255 | | | | | | SOLD | 10/10/2018 | J | A | |
| 256 | PIMCO 0-5 YEAR HIGH ETF YIELD CORPORATE BOND FUND (HYS) | A | DIV | J | T | SOLD (PART) | 2/14/2018 | J | A | |
| 257 | | | | | | BUY (ADD'L) | 3/7/2018 | J | | |
| 258 | | | | | | SOLD | 9/12/2018 | J | A | |
| 259 | PNC FINANCIAL SVCS (PNC) | A | DIV | J | T | | | | | |
| 260 | POWERSHARES HIGH YIELD YLD ETF CORP BD PORTFOLIO | A | DIV | J | T | BUY | 2/14/2018 | J | | |
| 261 | | | | | | SOLD | 3/15/2018 | J | A | |
| 262 | POWERSHARES SELF ETF INDEXED TR BULLETSHARES 2023 CORP BD PORT fka **GUGGENHEIM 2023 (BSCM)** | A | DIV | J | T | SOLD (PART) | 2/14/2018 | J | A | |
| 263 | | | | | | BUY (ADD'L) | 3/15/2018 | J | | |
| 264 | | | | | | BUY | 4/9/2018 | J | | |
| 265 | PRAXAIR | A | DIV | J | T | BUY | 6/13/2018 | J | | |
| 266 | PRICELINE GROUP INC | A | DIV | J | T | SOLD | 3/15/2018 | J | A | |
| 267 | PROPETRO HOLDING CORP | A | DIV | J | T | BUY | 11/7/2018 | J | A | |
| 268 | QUANTA SVCS INC | A | DIV | J | T | SOLD | 3/15/2018 | J | A | |
| 269 | QUEST DIAGNOSTIC (DGX) | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 270 | REPUBLIC SVCS INC | A | DIV | J | T | | | | | |
| 271 | RESIDEO TECHNOLOGIES | A | DIV | J | T | BUY | 10/29/2018 | J | | |
| 272 | REX AMERICAN RESOURCES CORP | A | DIV | J | T | | | | | |
| 273 | ROCKWELL AUTOMATION INC | A | DIV | J | T | SOLD | 5/2/2018 | J | A | |
| 274 | ROGERS CORPORATION | A | DIV | J | T | SOLD | 1/4/2018 | J | A | |
| 275 | ROSS STORES INC | A | DIV | J | T | SOLD (PART) | 3/15/2018 | J | A | |
| 276 | ROYAL CARIBBEAN LTD (RCL) | A | DIV | J | T | SOLD | 8/8/2018 | J | A | |
| 277 | SALESFORCE.COM (CRM) | A | DIV | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 278 | SANDERSON FARMS INC | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 279 | SIMON PROPERTY GROUP | A | DIV | J | T | BUY | 10/3/2018 | J | | |
| 280 | SPDR BLOOMBERG BARCLAYS CONVERT SEC (CWB) | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 281 | SPDR BLOOMBERG BARCLARYS INTERNATIONAL TREASURY BOND | A | DIV | J | T | BUY (ADD'L) | 10/10/2018 | J | | |
| 282 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 283 | SPDR BLOOMBERG EMERGING MRKTS | A | DIV | J | T | BUY (ADD'L) | 1/10/2018 | J | | |
| 284 | | | | | | SOLD | 3/15/2018 | J | A | |
| 285 | SPDR BLOOMBERG EMERGING MARKETS LOCAL BOND | A | DIV | J | T | BUY | 12/12/2018 | J | | |
| 286 | SPDR BLOOMBERG ETF BARCLAYS HIGH YIELD BD ETF | A | DIV | J | T | BUY | 2/14/2018 | J | | |
| 287 | SPDR CITI INT'L GOV'T ETF INFLATION PROTECTED BD (WHP) | A | DIV | J | T | SOLD (PART) | 2/14/2018 | J | A | |
| 288 | | | | | | BUY (ADD'L) | 4/11/2018 | J | | |
| 289 | | | | | | SOLD (PART) | 4/4/2018 | J | A | |
| 290 | | | | | | SOLD | 5/9/2018 | J | A | |
| 291 | SPDR FTSE INTL GOVT ETF INFLATION PRO BD | A | DIV | J | T | BUY | 10/10/2018 | J | S | |
| 292 | SPDR PORTFOLOIO LONG TERM (SPLB) | A | DIV | J | T | SOLD | 1/10/2018 | J | A | |
| 293 | | | | | | BUY | 8/8/2018 | J | A | |
| 294 | | | | | | BUY (ADD'L) | 10/10/2018 | J | | |
| 295 | | | | | | SOLD (PART) | 12/12/2018 | J | A | |
| 296 | SSGA ACTIVE ETF SPDR DOBELINE TOT RETURN TAC ETF | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 297 | | | | | | SOLD | 4/11/2018 | J | A | |
| 298 | | | | | | BUY | 7/11/2018 | J | | |
| 299 | | | | | | SOLD | 8/8/2018 | J | A | |
| 300 | STANLEY BLACK & DECKER INC (SWK) | A | DIV | J | T | | | | | |
| 301 | STRYKER CORP | A | DIV | J | T | | | | | |
| 302 | STURM RUGER & CO INC | A | DIV | J | T | | | | | |
| 303 | SUPERNOUS PHARMA (SUPN) | A | DIV | J | T | | | | | |
| 304 | SYSCO CORPORATION | A | DIV | J | T | | | | | |
| 305 | TAPESTRY INC | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 306 | TE CONNECTIVITY LTD (TEL) | A | DIV | J | T | | | | | |
| 307 | TETRA TECH INC NEW | A | DIV | J | T | | | | | |
| 308 | TERADYNE INCORP (TER) | A | DIV | J | T | BUY (ADD'L) | 4/4/2018 | J | | |
| 309 | | | | | | SOLD | 6/7/2018 | J | A | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 310 | TEXAS INSTRUMENTS INC | A | DIV | J | T | | | | | |
| 311 | TIMKEN COMPANY | A | DIV | J | T | | | | | |
| 312 | TJX COS INC NEW | A | DIV | J | T | | | | | |
| 313 | TOLL BROTHERS INC | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 314 | | | | | | SOLD | 7/11/2018 | J | A | |
| 315 | TORCHMARK CORP | A | DIV | J | T | BUY | 5/9/2018 | J | | |
| 316 | TRAVELERS COS INC | A | DIV | J | T | SOLD | 5/2/2018 | J | A | |
| 317 | TWENTY-FIRST CENTURY (FDXA) | A | DIV | J | T | SOLD | 2/14/2018 | J | A | |
| 318 | UNIFIRST CORP | A | DIV | J | T | | | | | |
| 319 | UNITED NATURAL FOODS | A | DIV | J | T | BUY | 4/4/2018 | J | | |
| 320 | | | | | | SOLD | 11/7/2018 | J | A | |
| 321 | UNITED RENTALS, INC. | A | DIV | J | T | BUY | 7/11/2018 | J | | |
| 322 | | | | | | SOLD | 12/6/2018 | J | A | |
| 323 | UNITED TECHNOLOGIES CORP | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 324 | UNITEDHEALTH GROUP | A | DIV | J | T | | | | | |
| 325 | UNIVERSAL FOREST | A | DIV | J | T | | | | | |
| 326 | UNIVERSAL HEALTH SVCS (UHS) | A | DIV | J | T | | | | | |
| 327 | VALERO ENERGY CORP (VLO) | A | DIV | J | T | | | | | |
| 328 | VANGUARD FTSE | A | DIV | J | T | SOLD (PART) | 1/10/2018 | J | A | |
| 329 | | | | | | SOLD | 2/14/2018 | J | A | |
| 330 | VANGUARD INTERMEDIATEET VCIT | A | DIV | J | T | BUY (ADD'L) | 1/10/2018 | J | | |
| 331 | VANGUARD INTERMEDIATEET BIV | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 332 | VANGUARD EUROPEAN VGK | A | DIV | J | T | SOLD | 4/4/2018 | J | A | |
| 333 | VERIZON COMMUNICATIONS (VZ) | A | DIV | J | T | BUY (ADD'L) | 3/7/2018 | J | | |
| 334 | VERSUM MATERIALS INC | A | DIV | J | T | SOLD | 10/10/2018 | J | A | |
| 335 | WALMART | A | DIV | J | T | BUY | 5/2/2018 | J | | |
| 336 | WEC ENERGY GROUP INC | A | DIV | J | T | BUY | 2/14/2018 | J | | |
| 337 | WESTERN DIGITAL (WDC) | A | DIV | J | T | SOLD | 10/3/2018 | J | A | |
| 338 | WEX INC | A | DIV | J | T | BUY | 12/6/2018 | J | | |
| 339 | WILLIAMS SONOMA INC | A | DIV | J | T | | | | | |
| 340 | WISDOMTREE ENERGY ETF MARKETS LOCAL DEBT FD | A | DIV | J | T | BUY | 3/7/2018 | J | | |
| 341 | | | | | | SOLD (PART) | 4/11/2018 | J | A | |
| 342 | | | | | | BUY (ADD'L) | 5/9/2018 | J | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During<br>Reporting Period | | C. Gross Value<br>at end of<br>reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value<br>Code | (2) Value<br>Method | (1) Type | (2) Date | (3) Value<br>Code 2 | (4) Gain<br>Code 1 | (5) Id.<br>Buyer/seller |
| 343 | | | | | | BUY<br>(ADD'L) | 6/13/2018 | J | | |
| 344 | | | | | | SOLD | 7/11/2018 | J | A | |
| 345 | 3M CO | A | DIV | J | T | SOLD | 1/4/2018 | J | A | |
| 346 | BANK DEPOSIT SWEEP | A | INT | J | T | | | | | |

| # | A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | ABBOTT LABORATORIES INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 2 | ACCENTURE PLC CLASS A | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 3 | AIR PRODUCTS & CHEMICALS INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 4 | ALTRIA GROUP INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 5 | AMERICAN ELECTRIC POWER INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 6 | AMERICAN WATER WORKS CO INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 7 | AMGEN INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 8 | APPLE INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 9 | ATT&T INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 10 | BOEING CO | A | DIV | J | T | BUY | 11/9/2018 | J | | |
| 11 | BP PLC | A | DIV | J | T | SOLD | 11/9/2018 | J | A | |
| 12 | BRITISH AMERICAN TOB PLC SPON ADR | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 13 | CARNIVAL CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 14 | CHUBB LTD | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 15 | CINCINNATI FINANCIAL CORP | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 16 | CISCO SYSTEMS INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 17 | DISNEY WALT COMPANY | A | DIV | J | T | BUY | 11/9/2018 | J | | |
| 18 | DOWDUPONT INC fna DOW CHEMICAL CO | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 19 | DTE ENERGY CO | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 20 | ENERGY SELECT SECTION FUND | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 21 | EXTRA SPACE STORAGE INC | A | DIV | J | T | SOLD | 11/9/2018 | J | A | |
| 22 | EXXON MOBIL CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 23 | GENERAL ELECTRIC CO | A | DIV | J | T | SOLD | 11/6/2018 | J | A | |
| 24 | GENERAL MILLS INC | A | DIV | J | T | SOLD | 11/6/2018 | J | A | |
| 25 | GENERAL DYNAMICS CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 26 | HOME DEPOT INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 27 | HONEYWELL INTL INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 28 | HUNTINGTON BANCSHARES | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 29 | ILLINOIS TOOL WORKS INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 30 | INTEL CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 31 | INTERNATIONAL PAPER CO | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 32 | INVESCO ETF FTSE RAFI US 1000 | A | DIV | L | T | BUY | 11/9/2018 | L | | |
| 33 | ISHARES CORE S&P MID-CAP ETF | A | DIV | L | T | SOLD (PART) | 11/9/2018 | L | A | |
| 34 | ISHARES CORE S&P SMALL CAP ETF | A | DIV | L | T | SOLD (PART) | 11/9/2018 | L | A | |

| # | A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 35 | JOHNSON & JOHNSON | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 36 | JP MORGAN CHASE & CO | A | DIV | J | T | BUY (ADD'L) | 11/9/2019 | J | | |
| 37 | KEYCORP NEW | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 38 | LAMAR ADVERTISING CO | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 39 | LOCKHEED MARTIN CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 40 | LOWES COMPANIES INC | A | DIV | J | T | BUY | 11/9/2018 | J | | |
| 41 | MAGELLAN MIDSTREAM PARTNERS | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 42 | MCDONALD'S CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 43 | MERCK & CO INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 44 | MORGAN STANLEY | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 45 | NEXTERA ENERGY INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 46 | PAYCHEX INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 47 | PEPSICO INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 48 | PFIZER INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 49 | POWERSHARES FTSE RAFI US 1K | A | DIV | L | T | | | | | |
| 50 | PRICE T ROWE GROUP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 51 | PRINCIPAL FINANCIAL GROUP | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 52 | PROCTER & GAMBLE CO | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 53 | PRUDENTIAL FINANCIAL INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 54 | REALTY INCOME CORP | A | DIV | J | T | BUY | 11/9/2018 | J | | |
| 55 | SCHLUMBERGER LTD | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 56 | SELECT SECTOR SPDR TR FINANCIAL | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 57 | SIMON PROPERTY GROUP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 58 | SPDR S&P 500 ETF TRUST | A | DIV | K | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 59 | SUNTRUST BANKS INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 60 | TEXAS INSTRUMENTS INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 61 | THE TRAVELERS COS INC | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 62 | TOTAL S A | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 63 | TRANSCANADA CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 64 | UNITED TECHNOLOGIES CORP | A | DIV | J | T | SOLD (PART) | 11/8/2018 | J | A | |
| 65 | US BANCORP DEL | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 66 | VALERO ENERGY CORP | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 67 | VERIZON COMMUNICATIONS INC | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |
| 68 | WELLS FARGO & COMPANY | A | DIV | J | T | BUY (ADD'L) | 11/9/2018 | J | | |

| # | A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 69 | WELL TOWER INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 70 | WYNDHAM | A | DIV | J | T | SOLD | 11/8/2018 | J | A | |
| 71 | XCEL ENERGY INC | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 72 | 3M COMPANY | A | DIV | J | T | SOLD | 11/7/2018 | J | A | |
| 73 | BARCLAYS EQUITY NOTE | A | DIV | K | T | REDEEMED | 11/9/2018 | K | A | |
| 74 | AMERICAN FUNDS TAX EX BD FD OR AMER CLASS F2 | A | DIV | L | T | BUY | 11/8/2018 | L | | |
| 75 | BLACKROCK LIQUIDITY FUNDS (MULTI STATE) | A | DIV | M | T | SOLD | 11/6/2018 | M | B | |
| 76 | BLACKROCK MULTI STATE MUNICIPAL SERIES TRUSTE PERM MUN BD FD | A | DIV | K | T | BUY | 11/8/2018 | K | | |
| 77 | BLACKROCK MUN BD FD NAT'L MUTUAL FD INSTL CL | A | DIV | L | T | BUY | 11/8/2018 | L | | |
| 78 | BLACKROCK STRATEGIC MUNICIPAL OPPORTUNITIES FUND | A | DIV | L | T | SOLD | 11/6/2018 | L | B | |
| 79 | DIAMOND HILL LONG-SHORT FUND | C | DIV | M | T | SOLD (PART) | 11/8/2018 | K | A | |
| 80 | FRANKLIN GLOBAL TR INTL GROWTH FD ADVISOR CL | A | DIV | L | T | BUY | 11/8/2018 | L | | |
| 81 | HARBOR INTERNATIONAL FUND | A | DIV | K | T | SOLD | 11/7/2018 | K | A | |
| 82 | MFS INTERNATIONAL DIVERS FD CLASS 1 | A | DIV | L | T | BUY | 11/8/2018 | L | | |
| 83 | PNC INTERMEDIATE TAX EXEMPT BOND | D | DIV | M | T | | | | | |
| 84 | RBC (ROYAL BANK OF CANADA) SPX EQUITY NOTE | A | DIV | K | T | | | | | |
| 85 | VANGUARD FUNDS INTER-TERM | C | DIV | M | T | SOLD | 11/6/2018 | M | B | |
| 86 | WELLS FARGO HIGH YIELD MUNIC BD | A | DIV | L | T | BUY | 11/8/2018 | L | | |
| 87 | WELLS FARGO STRATEGIC MUNIC BD INST CLASS | A | DIV | L | T | BUY | 11/30/2018 | L | | |
| 88 | WELLS FARGO CASH SWEEP | A | INT | M | T | | | | | |

| # | A. Description of Assets Account # 5039 | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | ABBVIE, INC (ABBV) | A | Div. | J | T | BUY (ADD'L) | 6/1/2018 | J | | |
| 2 | ALTRIA GROUP INC (MO) | A | Div. | J | T | | | | | |
| 3 | AMERICAN ELECTRIC POWER (AEP) | A | Div. | J | T | SOLD (PART) | 2/7/2018 | J | A | |
| 4 | AT&T INC (T) | A | Div. | J | T | | | | | |
| 5 | CISCO SYSTEMS INC (CSCO) | A | Div. | J | T | | | | | |
| 6 | DIAGEO PLC SPONSORED ADR NEW (DED) | A | Div. | J | T | | | | | |
| 7 | DOMINION ENERGY INC (D) | A | Div. | J | T | SOLD (PART) | 2/7/2018 | J | A | |
| 8 | DOVER CORP COMMON (DOV) | A | Div. | J | T | | | | | |
| 9 | DOW DUPONT INC (DWDP) fka DUPONT E.I. DE NEMOURS & CO. (DD) | A | Div. | J | T | | | | | |
| 10 | EXXON MOBIL CORP (XOM) | A | Div. | J | T | | | | | |
| 11 | GEN DYNAMICS CORP (GD) | A | Div. | J | T | | | | | |
| 12 | GENUINE PARTS COM (GPC) | A | Div. | J | T | | | | | |
| 13 | GLAXOSMITHKLINE PLC-ADR (GSK) | A | Div. | J | T | SOLD | 1/11/2018 | J | A | |
| 14 | HASBRO INC (HAS) | A | Div. | J | T | | | | | |
| 15 | HOME DEPOT INC (HD) | A | Div. | J | T | | | | | |
| 16 | ILLINOIS TOOL WORKS INC (ITW) | A | Div. | J | T | | | | | |
| 17 | INTEL CORP (INTC) | A | Div. | J | T | BUY | 8/1/2018 | J | | |
| 18 | INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Div. | J | T | SOLD (PART) | 11/6/2018 | J | A | |
| 19 | INTERNATIONAL PAPER CO (IP) | A | Div. | J | T | SOLD (PART) | 11/6/2018 | J | A | |
| 20 | JOHNSON & JOHNSON (JNJ) | A | Div. | J | T | BUY (ADD'L) | 10/1/2018 | J | | |
| 21 | JP MORGAN CHASE & CO. (JPM) | A | Div. | J | T | | | | | |
| 22 | KIMBERLY CLARK CORP (KMB) | A | Div. | J | T | | | | | |
| 23 | LOCKHEED MARTIN CORP (LMT) | A | Div. | J | T | | | | | |
| 24 | M&T BANK CORP (MTB) | A | Div. | J | T | | | | | |
| 25 | MAXIM INTEGRATED PRODUCTS INC (MXIM) | A | Div. | J | T | | | | | |
| 26 | MCDONALDS CORP (MCD) | A | Div. | J | T | BUY (ADD'L) | 11/2/2018 | J | | |
| 27 | MERCK & CO, INC. (MRK) | A | Div. | J | T | BUY | 2/9/2018 | J | | |
| | | | | | | BUY (ADD'L) | 10/1/2018 | J | | |
| 28 | MICROCHIP TECHNOLOGY INC (MCHP) | A | Div. | J | T | SOLD | 10/5/2018 | J | A | |
| 29 | MICROSOFT CORP (MSFT) | A | Div. | J | T | BUY (ADD'L) | 11/2/2018 | J | | |
| 30 | NEXTERA ENERGY INC (NEE) | A | Div. | J | T | SOLD (PART) | 2/6/2018 | J | A | |
| 31 | NUCAR CORP (NUE) | A | Div. | J | T | | | | | |
| 32 | PEOPLE'S UNITED FINANCIAL (PBCT) | A | Div. | J | T | | | | | |
| 33 | PEPSICO INCORPORATED (PEP) | A | Div. | J | T | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 34 | PFIZER INCORPORATED (PFE) | A | Div. | J | T | | | | |
| 35 | PHILLIPS 66 (PSX) | A | Div. | J | T | | | | |
| 36 | PROCTER & GAMBLE CO (PG) | A | Div. | J | T | | | | |
| 37 | SOUTHERN COMPANY/ THE (SO) | A | Div. | J | T | SOLD (PART) | 2/7/2018 | J | A |
| 38 | TARGET CORP. (TGT) | A | Div. | J | T | BUY (ADD'L) | 1/11/2018 | J | |
| 39 | UNITED PARCEL SERVICE - B (UPS) | A | Div. | J | T | | | | |
| 40 | US BANCORP NEW (USB) | A | Div. | J | T | | | | |
| 41 | VERIZON COMMUNICATIONS INC (VZ) | A | Div. | J | T | | | | |
| 42 | WALGREENS BOOTS ALLIANCE INC (WBA) | A | Div. | J | T | BUY (ADD'L) | 10/12/2018 | J | |
| 43 | WASTE MANAGEMENT INC (WM) | A | Div. | J | T | | | | |
| 44 | WELLTOWER INC (HCN) | A | Div. | J | T | | | | |
| 45 | BANK DEPOSIT SWEEP | A | Int. | J | T | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to the matters referenced on Lines 3, 4, 5, 14, 38, and 39 of Part VII, I have never been advised of the identity, scope or specific nature of the investments and/or sub accounts as set forth below, either when I first purchased the annuities or at any time throughout the entire period I have held them up to and including the date of this report.

Furthermore, I have never had any control over the specific nature of the investment. The only input I have ever had is as to the general scope of the inherent nature of the risk involved with the investment, i.e., conservative, moderate or high risk.

My Wells Fargo broker has advised me in writing that during all relevant times "all investments are mutual fund sub-accounts" and therefore it is my understanding that the entire investment qualifies under the mutual fund exemption and does not trigger any recusal obligations requiring further disclosure.

I've also been advised in writing that except for a small portion of the investment at Line 5 (that is, 1% "fixed") all annuities are "variable annuities" and there are "no transactions" within the annuities themselves other than deduction of annual maintenance fees.

Make up of Brokerage Account. #1 (9685)

Line 3 John Hancock Life Ins. (Variable Annuity)
100% John Hancock Core Strategy Fund
Breakdown: 66% Equity, 30% Bond, 4% Cash

Line 4 Pacific Life (Variable Annuity)
100% Invesco V.I. Equity & Income Fund
Breakdown: 65% Equity, 23% Bond, 9% Other (e.g. real estate, alternatives)

Line 5 Hartford Director Annuity (Variable Fund)
45% Hartford Balanced Fund
54% Hartford Capital Appreciation Fund
1% Fixed Account
Breakdown: 82% Equity, 17% Bond, 1% Fixed

IRA #1 (9687)

Line 9 See PDF #1 re Wells Fargo DSIP Managed Account, attached after Part VII.

Make up of IRA #2 (0239)

Line 14 Pacific Life (Variable Annuity)
100% American Funds Asset Allocation Fun
Breakdown: 63% Equity, 27% Bond, 10% Cash

IRA #4 (5081)

Line 24 See PDF #2 re Wells Fargo Managed Account, attached after Part VII.

IRA #5 (4674)

Line 27 See PDF #3 re Wells Fargo Advisors Managed (Moran) Account, attached after Part VII.

Brokerage Account #2 (1662)

Line 29 See PDF #4 re Wells FargoManaged Account, attached after Part VII.

Make up of IRA #6 (3651)

Line 38 Hartford Life Ins Annuity (Variable Annuity)
17% American Global Growth & Income Fund
23% American Growth Fund
21% American Growth & Income Fund
20% Franklin Income Fund

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

23%   Franklin Rising Dividend Fund
Breakdown: 80% Equity, 20% Bond.


Line 39 Lincoln Nat'l Annuity (Variable Annuity)
100%   American Funds Growth & Income Fund
Breakdown: 65% Equity, 30% Bond, 5% Cash


Line 41 Wells Fargo Bene (KSA) IRA is an all cash account (9107)


IRA #7 (5039)

Line 44 See PDF #5 re Wells Fargo Custodial Account, attached after Part VII.

Line 46 PNC Bank account / cash

Line 48 ERIE Bank / cash

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Agresti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544